# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| GOODMAN DISTRIBUTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:10-CV-806 CAS |
| | ) | |
| MARY A. HAAF, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on David R. Bohm, Jeffrey R. Schmitt, and Jennifer L. Geschke's motion to withdraw as counsel for defendants Mary Haaf and Herb Haaf Heating & Cooling, Inc. The Court will deny counsel's motion without prejudice. The Court generally will not allow an attorney to withdraw when no other attorney has entered an appearance. If the Court granted the motion to withdraw, Herb Haaf Heating & Cooling, Inc. would be a pro se litigant in this Court. The law does not permit a corporation to proceed pro se. See Ackra Direct Mktg. Corp. v. Fingerhut Corp., 86 F.3d 852, 856-57 (8th Cir. 1996); United States v. Van Stelton, 988 F.2d 70, 70 (8th Cir. 1993) (per curiam). Therefore, counsel may file another motion to withdraw after substitute counsel enters an appearance for the defendants. See also Woods v. K C Masterpiece, No. 4:04-CV-936 CAS (E.D. Mo.) (various orders concerning imposition of a withdrawal notice period).

Accordingly,

**IT IS HEREBY ORDERED** that counsel's motion to withdraw is **DENIED without prejudice**. [Doc. 40]

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this ___5th___ day of April, 2011.